```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 12050
   DANIEL J OCONNELL
   DEBRA M OCONNELL                              CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-6878     SSN XXX-XX-6686

-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/06/07 and confirmed on 10/31/07.

    2.  The case was dismissed after confirmation, 07/25/2008.

    3.  The Debtor paid a total of $   3540.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00            .00            .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE         .00            .00            .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED            .00            .00
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED         1994.14            .00            .00
CHECK RITE                 UNSECURED       NOT FILED            .00            .00
ER SOLUTIONS INC           UNSECURED       NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         2294.56            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         2088.13            .00            .00
NATIONAL CAPITAL MGMT LL   UNSECURED         2048.11            .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00            .00
IRWIN HOME EQUITY          SECURED               .00            .00            .00
IRWIN HOME EQUITY          MORTGAGE ARRE    24531.10            .00            .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC         .00            .00            .00
JOHN C DENT                REIMBURSEMENT      105.00            .00         105.00
NATIONAL CITY BANK         UNSECURED         1957.99            .00            .00
COMED                      UNSECURED          624.95            .00            .00
CAPITAL ONE BANK           UNSECURED         1685.51            .00            .00
OSI COLLECTION SERVICES    UNSECURED         1752.04            .00            .00

CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
     Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   24531.10      105.00      14445.43        .00       39081.53
PRINCIPAL PAID           .00       105.00           .00        .00         105.00
INTEREST PAID            .00          .00           .00        .00            .00
TOTAL PAID               .00       105.00           .00        .00         105.00
```

The Debtor's attorney, JOHN C DENT                        , was allowed $   3500.00 and was paid $    3263.87 .

The Trustee received $     171.13 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                      /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE